IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON JAQUEZ, on behalf of himself and all others similarly situated,<br><br>                         Plaintiff,<br><br>-v-<br><br>REDBARN PET PRODUCTS, LLC,<br><br>                         Defendant. | Civil Case Number:  1:20-cv-10397-SHS |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' February 26, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:20-cv-10397-SHS**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS 26th day of February, 2021.**

_____
HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE